United States Bankruptcy Court
Eastern District of California

In re:
Industry Standard Electric, Inc.
Debtor

Case No. 26-10523-B
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0972-1 User: auto 
Date Rcvd: May 19, 2026 Form ID: L70 Total Noticed: 118

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Industry Standard Electric, Inc., PO Box 1436, Riverbank, CA 95367-1436 |
| tr | + | Scott Sackett, Fiduciary Management Technologies, Inc., 4030 South Land Park Drive, Suite C, Sacramento, CA 95822-1112 |
| stkhldr | + | Michael Cogliandro-Camacho, 1700 Olympic Drive, Turlock, CA 95380-5774 |
| stkhldr | + | Ryan Cunha, PO Box 1436, Riverbank, CA 95367-1436 |
| 24225009 | + | 968 W. Veterans Realty LLC, dba Aspire Funding, 50 Tice Blvd, Woodcliff Lake, NJ 07677-7654 |
| 24225226 | + | Alameda Electrical Distributors, 3875 Bay Center Place, Hayward CA 94545-3619 |
| 24225227 | + | Alhambra Water, PO Box 660579, Dallas TX 75266-0579 |
| 24225228 | + | All-Phase Electric Supply, PO Box 888835, Los Angeles CA 90088-8835 |
| 24225229 | + | All-State Utility Supply Inc, 1890 Ramada Drive, Paso Robles CA 93446-3927 |
| 24225231 | + | American Scissor Lift Inc, 3847 Duck Creek Drive, Stockton CA 95215-7956 |
| 24225232 | + | Americore Inc, PO Box 1353, Hilmar CA 95324-1353 |
| 24225015 | + | Anthem Blue Cross, PO Box 51011, Los Angeles, CA 90051-5311 |
| 24225236 | + | BPS Supply Group, PO Box 842876, Dallas TX 75284-2876 |
| 24225233 | + | Barnes Welding Supply - Turlock, 2825 S Elm Ave Ste 101, Fresno CA 93706-5460 |
| 24225234 | + | Bay Area Hydrovac LLC, 1580 Chabot Ct 2nd Floor, Hayward CA 94545-2423 |
| 24225014 | + | Bay Power, Inc., 626 Kearney Avenue, Modesto, CA 95350-5714 |
| 24225245 | + | CSR Locating Inc, 1870 Silvio Way, Oakdale CA 95361-3576 |
| 24225237 | + | California Coastal Investments LLC, PO Box 3260, San Luis Obispo CA 93403-3260 |
| 24225024 | + | California Electric Supply, 1080 N. Johnson Avenue, El Cajon, CA 92020-1975 |
| 24225240 | | California Service Tool Inc, 3775 Bay Center Place, Hayward CA 94545 |
| 24225241 | + | Ceres Smog Tune, 1555 Whitmore Ave Ste A, Ceres CA 95307-7275 |
| 24225244 | + | Consolidated Electrical Distributors In, PO Box 24101, Cleveland OH 44124-0101 |
| 24225246 | + | Culligan Water, 700 W Cook St, Santa Maria CA 93458-5597 |
| 24216849 | + | David Fontana, 1918 Ester Marie Ave, Hughson, CA 95326-9687 |
| 24225247 | + | Edges Electrical Group, PO Box 26830, San Jose CA 95159-6830 |
| 24225248 | + | Equal Optics, 715 Discovery Blvd Suite 308, Cedar Park TX 78613-2290 |
| 24225249 | + | FactoryFix Inc, PO Box 734376, Chicago IL 60673-4376 |
| 24225250 | + | Fastenal Company, PO Box 1286, Winona MN 55987-7286 |
| 24225251 | | Ferguson Enterprise LLC, PO Box 31001-4333, Pasadena CA 91110-4333 |
| 24225253 | + | Graybar Electric Co, PO Box 57071, Los Angeles CA 90074-7071 |
| 24225254 | + | Ground Penetrating Systems LLC, PO Box 932, Toledo OH 43697-0932 |
| 24225255 | + | Health Advocate Solutions, PO Box 200603, Dallas TX 75320-0603 |
| 24225257 | + | Hicks, 3459 W Shaw Ave, Fresno CA 93711-3204 |
| 24225259 | + | Huchim Cleaning Services, PO Box 1355, Grover Beach CA 93483-1355 |
| 24225261 | + | Intellirent, 604 Henrietta Creek Ste 400, Roanoke TX 76262-6343 |
| 24225262 | + | JM Construction Engineering Inc, PO Box 308, Ballico CA 95303-0308 |
| 24225263 | + | Joe Lieberman, PO Box 356, Cedarhurst NY 11516-0356 |
| 24225264 | + | Jorgensen Company, PO Box 888655, Los Angeles CA 90088-8655 |
| 24270076 | + | Julan Development Group, P.O Box 3148, Turlock, CA 95381-3148 |
| 24225026 | + | Julian Development Group LP, PO Box 1326, Turlock, CA 95381-1326 |
| 24225266 | + | Kaiser Foundation Health Plan Inc, PO Box 741562, Los Angeles CA 90074-1562 |
| 24225267 | | Kimball Midwest, Dept L-2780, Columbus OH 43260-2780 |

| | | |
|---|---|---|
| 24215098 | + | MHK CONSTRUCTION INC., P O BOX 928, DENAIR, CA 95316-0928 |
| 24225268 | + | Maddox Industrial Transformer LLC, 865 Victor Hill Rd, Greer SC 29651-6719 |
| 24266700 | + | Maddox Industrial Transformer, LLC, c/o Mary M. Caskey, Esq., Haynsworth Sinkler Boyd, PA, PO Box 11889, Columbia, SC 29211-1889 |
| 24225269 | + | Mark Funk, Civil Rights Division State of Cali, 651 Bannon Street Suite 200, Sacramento CA 95811-0356 |
| 24225270 | + | Mary M Caskey, Attorney Maddox Industrial Transformer, PO Box 11889, Columbia SC 29211-1889 |
| 24266699 | + | Mary M. Caskey, Esq., Haynsworth Sinkler Boyd, PA, PO Box 11889, Columbia, SC 29211-1889 |
| 24225025 | + | McCormick Barstow LLP, PO Box 28912, Fresno, CA 93729-8912 |
| 24225273 | + | Mo-Cal Office Solutions Inc, 811 Wakefield Drive, Oakdale CA 95361-7792 |
| 24225274 | + | Mobile Modular Inc, PO Box 45043, San Francisco CA 94145-5043 |
| 24225275 | + | Modesto Steel, PO Box 5036, Modesto CA 95352-5036 |
| 24225276 | | Motion Industries Inc, File 57463, Los Angeles CA 90074-7463 |
| 24225277 | | On the Spot Design, 15715 W Bradbury Road, Turlock CA 95380 |
| 24225016 | + | Oracle-Net Suite, Bank of America Lockbox Services, Oracle America Inc., 15612 Collections Center Dr, Chicago, IL 60693-0001 |
| 24225280 | + | Primo Brands, PO Box 9001000, Louisville KY 40290-1000 |
| 24225282 | + | REG Property Management Inc, 3421 Empresa Dr Ste A, San Luis Obispo CA 93401-7364 |
| 24225281 | + | Radwell International LLC, 1 Millennium Drive, Willingboro NJ 08046-1000 |
| 24225283 | + | Relation Insurance, 300 S Wacker Dr Ste 1250, Chicago IL 60606-6761 |
| 24225284 | + | Rexel, PO Box 766, Addison TX 75001-3016 |
| 24225012 | #+ | Rocket Capital NY LLC, 1250 E. Hallandale Beach Bld, Suite 505, Hallandale, FL 33009-4635 |
| 24225013 | | Royal Industrial Solutions, 7400 Norwalk Blvd, Santa Fe Springs CA 90670 |
| 24225288 | + | Santa Clara Systems, 2060 N Loop Road, Alameda CA 94502-8012 |
| 24225289 | | Seegars Printing, 21o N Center Street, Turlock CA 95380 |
| 24225290 | + | Skipco Welding industrial Supplies In, PO Box 776, Ceres CA 95307-0776 |
| 24225291 | + | Staples, PO Box 660409, Dallas TX 75266-0409 |
| 24225019 | + | Sunbelt Rentals, Inc., PO Box 8727, Rancho Cucamonga, CA 91701-0727 |
| 24225296 | + | Tech Heroes Inc, 2025 Tully Road, Hughson CA 95326-9501 |
| 24225298 | + | U S Bank Equipment Finance, A Division of U S Bank National Assoc, 1310 Madrid Street, Marshall MN 56258-4099 |
| 24225017 | + | United Circuit Breakers, Inc., 531 Kansas Avenue, Ste A, Modesto, CA 95351-1559 |
| 24225303 | + | Unity Design Group Inc, 24 Frazine Rd Ste D, Modesto CA 95357-0310 |
| 24202759 | + | W.W. Grainger, Inc., 401 S. Wright Rd., Janesville WI 53546-8729 |
| 24225001 | + | Wesco Receivables Corp., PO Box 910465, Pasadena, CA 91110-0001 |
| 24225306 | + | White Cap, 1166 S Wilson Way, Stockton CA 95205-7000 |
| 24225308 | + | Wire Guys Group Inc, 2930 Geer Road Ste 149-B, Turlock CA 95382-1142 |
| 24225008 | + | Wynwest Advance LLC, c.o Usacorp DE Inc, Registered Agent, 1811 Silverside Road, Wilmington, DE 19810-4345 |
| 24225309 | + | Wynwest Advance LLC, c o Usacorp DE Inc Registered Agent, 1811 Silverside Road, Wilmington DE 19810-4345 |
| 24271055 | + | Wynwest Advance LLC, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 24225310 | + | Yolanda Janitorial Services LLC, 3754 Bassetti Couirt, Ceres CA 95307-7401 |
| 24225023 | + | ZerTech Process Solutions, 4720 Isabella Ave, Keyes, CA 95328-9720 |
| 24206024 | + | Zertech Process Solutions, 1816 Estancia Drive, Hughson, CA 95326-9163 |
| 24225260 | | ifm Erector Inc, PO Box 8538-307, Philadelphia PA 19171-0307 |
| 24271080 | + | ifm efector, inc., 1100 Atwater Dr, Malvern, PA 19355-8731 |

TOTAL: 83

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: david@johnstonbusinesslaw.com | May 20 2026 03:05:00 | David C. Johnston, 1600 G Street, Suite 102, Modesto, CA 95354-2555 |
| smg | | EDI: EDD.COM | May 20 2026 06:44:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: IRS.COM | May 20 2026 06:44:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 24225230 | ^ | MEBN | May 20 2026 02:58:57 | Amazon Capital Services Inc, PO Box 035184, Seattle WA 98124-5184 |
| 24225242 | | Email/Text: finance@turlock.ca.us | May 20 2026 03:05:00 | City of Turlock, 156 S Broadway Ste 114, Turlock CA 95380 |
| 24225238 | + | Email/Text: DMVLADBankruptcies@dmv.ca.gov | May 20 2026 03:05:00 | California Dept of Motor Vehicles, 2415 - 1st Avenue, Sacramento CA 95818-2698 |

| | | | | |
|---|---|---|---|---|
| 24268341 | + | EDI: VERIZONCOMB.COM | May 20 2026 06:44:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 24225020 | + | Email/Text: nick.barron-kertis@ced.com | May 20 2026 03:06:00 | Consolidated Electrical Distribution, PO Box 847124, Los Angeles, CA 90084-7124 |
| 24206095 | | EDI: EDD.COM | May 20 2026 06:44:00 | Employment Development Department, Bankruptcy Special Procedures Group, P.O. Box 826880 MIC 92E, Sacramento, CA 94280-0001 |
| 24269977 | | EDI: EDD.COM | May 20 2026 06:44:00 | Employment Development Department, Bankruptcy Group MIC 92E, PO BOX 826880, Sacramento, CA 95814 |
| 24225010 | | Email/Text: rmurphy1@firstinsurancefunding.com | May 20 2026 03:05:00 | First Insurance Funding, 450 Skokie Blvd, Ste 1000, Northbrook, IL 60062 |
| 24210322 | + | Email/Text: legal@fastenal.com | May 20 2026 03:05:00 | Fastenal Company, 2001 Theurer Blvd., Winona, MN 55987-9902 |
| 24206096 | + | Email/Text: EBNBKNOT@ford.com | May 20 2026 03:06:00 | Ford Motor Credit Company LLC, PO Box 650575, Dallas, TX 75265-0575 |
| 24206108 | + | EDI: AISACG.COM | May 20 2026 06:44:00 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 24206097 | | EDI: CALTAX.COM | May 20 2026 06:44:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 24225011 | ^ | MEBN | May 20 2026 02:59:29 | Herc Rentals Inc., PO Box 936257, Atlanta, GA 31193-6257 |
| 24225258 | + | EDI: CITICORP | May 20 2026 06:44:00 | Home Depot Credit Services, P O Box 790328, Saint Louis MO 63179-0328 |
| 24268429 | + | Email/Text: schristianson@buchalter.com | May 20 2026 03:05:00 | Oracle Credit Corporation &, Oracle America, Inc. SII to NetSuite, In, c/o Shawn M. Christianson, Esq., Buchalter LLP, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 24225279 | + | Email/Text: PGEBankruptcy@pge.com | May 20 2026 03:06:00 | Pacific Gas Electric Co, PO Box 997300, Sacramento CA 95899-7300 |
| 24225022 | ^ | MEBN | May 20 2026 02:59:06 | RS Americas, Inc., 7151 Jack Newell Blvd South, Fort Worth, TX 76118-7037 |
| 24204905 | | Email/Text: Bankruptcy@staples.com | May 20 2026 03:05:00 | Staples, Inc., Staples / Shane Anderson, PO Box 102419, Columbia, SC 29224 |
| 24225293 | | Email/Text: _Credit&Collections@suburbanpropane.com | May 20 2026 03:05:00 | Suburban Propane - 1608, PO Box 12027, Fresno CA 93776 |
| 24206099 | + | Email/Text: taxes@stancounty.com | May 20 2026 03:06:00 | Stanislaus County Tax Colllector, P.O. Box 859, Modesto, CA 95353-0859 |
| 24225292 | | Email/Text: BankruptcyNotice@Stericycle.com | May 20 2026 03:05:00 | Stericycle Inc, 28833 Network Place, Chicago IL 60673-1288 |
| 24225295 | + | Email/Text: Bankruptcy@SunbeltRentals.com | May 20 2026 03:05:00 | Sunbelt Rentals Inc, 1275 W Mound Street, Columbus OH 43223-2213 |
| 24206101 | | Email/Text: TAX-CTS-Western.BankruptcyMail@usdoj.gov | May 20 2026 03:05:00 | United States Department of Justice, Tax Division, Civil Trial Section Western Region, Box 683 Ben Franklin Station, Washington, DC 20044 |
| 24225299 | ^ | MEBN | May 20 2026 02:59:22 | UL LLC, 75 Remittance Dr Ste 1524, Chicago IL 60675-1524 |
| 24211440 | + | Email/Text: arbankruptcy@uline.com | May 20 2026 03:06:00 | Uline, 12575 Uline Dr, Pleasant Prairie WI 53158-3686 |
| 24225300 | + | Email/Text: arbankruptcy@uline.com | May 20 2026 03:06:00 | Uline, PO Box 88741, Chicago IL 60680-1741 |

| | | | | |
|---|---|---|---|---|
| 24225302 | + | Email/Text: Usacae-bankruptcy@usdoj.gov | May 20 2026 03:05:00 | United States Attorney, For Internal Revenue Service, 2500 Tulare Street Suite 4401, Fresno CA 93721-1331 |
| 24206100 | + | Email/Text: Usacae-bankruptcy@usdoj.gov | May 20 2026 03:05:00 | United States Attorney, (For Internal Revenue Service), 501 I Street, Suite 10-100, Sacramento, CA 95814-7306 |
| 24225305 | | Email/Text: _fe4@wrightexpress.com | May 20 2026 03:05:00 | Wex Bank, PO Box 4337, Carol Stream IL 60197 |
| 24268329 | + | Email/Text: legalSOP@WEXInc.com | May 20 2026 03:05:00 | WEX Bank, Attn: Legal / Bankruptcy, 1 Hancock Street, Portland, ME 04101-4217 |
| 24225018 | ^ | MEBN | May 20 2026 02:58:41 | Willscot, 4646 E. Van Buren St, Phoenix, AZ 85008-6915 |
| 24225312 | ^ | MEBN | May 20 2026 02:59:32 | Zoro Tools Inc, PO Box 5233, Janesville WI 53547-5233 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | BUCHALTER, LLP |
| intp | | Deanna Hazelton |
| intp | | Ford Motor Credit Company LLC c/o AIS Portfolio Se |
| intp | | Shawn Christianson, Buchalter PC |
| 24225297 | | Toyal Industrial Solutions |
| 24225225 | *+ | 968 W Veterans Realty LLC, dba Aspire Funding, 50 Tice Blvd, Woodcliff Lake NJ 07677-7654 |
| 24225235 | *+ | Bay Power Inc, 626 Kearney Avenue, Modesto CA 95350-5714 |
| 24225239 | *+ | California Electric Supply, 1080 N Johnson Avenue, El Cajon CA 92020-1975 |
| 24225243 | *+ | Consolidated Electrical Distribution, PO Box 847124, Los Angeles CA 90084-7124 |
| 24206205 | * | Employment Development Department, Bankruptcy Special Procedures Group, P O Box 826880 MIC 92E, Sacramento CA 94280-0001 |
| 24225252 | *P++ | FIRST INSURANCE FUNDING, 450 SKOKIE BLVD SUITE 1000, NORTHBROOK IL 60062-7917, address filed with court:, First Insurance Funding, 450 Skokie Blvd Ste 1000, Northbrook IL 60062 |
| 24206206 | *+ | Ford Motor Credit Company LLC, PO Box 650575, Dallas TX 75265-0575 |
| 24206207 | * | Franchise Tax Board, Bankruptcy Section MS A-340, P O Box 2952, Sacramento CA 95812-2952 |
| 24225256 | *+ | Herc Rentals Inc, PO Box 936257, Atlanta GA 31193-6257 |
| 24206208 | * | Internal Revenue Service, P O Box 7346, Philadelphia PA 19101-7346 |
| 24206098 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 24225265 | *+ | Julian Development Group LP, PO Box 1326, Turlock CA 95381-1326 |
| 24225272 | *+ | MHK Construction Inc, PO Box 928, Denair CA 95316-0928 |
| 24225271 | *+ | McCormick Barstow LLP, PO Box 28912, Fresno CA 93729-8912 |
| 24225278 | *+ | Oracle-Net Suite, Bank of America Lockbox Services, Oracle America Inc, 15612 Collections Center Dr, Chicago IL 60693-0001 |
| 24225287 | *+ | RS Americas Inc, 7151 Jack Newell Blvd South, Fort Worth TX 76118-7037 |
| 24225285 | *+ | Rocket Capital NY LLC, 1250 E Hallandale Beach Bld, Suite 505, Hallandale FL 33009-4635 |
| 24225286 | * | Royal Industrial Solutions, 7400 Norwalk Blvd, Santa Fe Springs CA 90670 |
| 24206209 | *+ | Stanislaus County Tax Colllector, P O Box 859, Modesto CA 95353-0859 |
| 24225294 | *+ | Sunbelt Rentals Inc, PO Box 8727, Rancho Cucamonga CA 91701-0727 |
| 24206211 | *P++ | U S DEPARTMENT OF JUSTICE TAX DIVISION, CIVIL TRIAL SECTION WESTERN REGION, P O BOX 683, WASHINGTON DC 20044-0683, address filed with court:, United States Department of Justice, Tax Division, Civil Trial Section Western Region, Box 683 Ben Franklin Station, Washington DC 20044 |
| 24225301 | *+ | United Circuit Breakers Inc, 531 Kansas Avenue Ste A, Modesto CA 95351-1559 |
| 24206210 | *+ | United States Attorney, For Internal Revenue Service, 501 I Street Suite 10-100, Sacramento CA 95814-7306 |
| 24206212 | *+ | W W Grainger Inc, 401 S Wright Road, Janesville WI 53546-8729 |
| 24206102 | *+ | W.W. Grainger, Inc., 401 S. Wright Road, Janesville, WI 53546-8729 |
| 24225304 | *+ | Wesco Receivables Corp, PO Box 910465, Pasadena CA 91110-0001 |
| 24225307 | *+ | Willscot, 4646 E Van Buren St, Phoenix AZ 85008-6915 |
| 24225311 | *+ | ZerTech Process Solutions, 4720 Isabella Ave, Keyes CA 95328-9720 |

TOTAL: 5 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026 Signature: /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

# NOTICE OF ENTRY OF ORDER OF DISMISSAL

**Case Number:** 26–10523 – F – B – 11

**Debtor Name(s), Social Security Number(s), and Address(es):**

Industry Standard Electric, Inc.

81–4893708
PO Box 1436
Riverbank, CA 95367

**NOTICE IS HEREBY GIVEN THAT:**

An order dismissing debtor Industry Standard Electric, Inc. was entered on the docket in this case on . The document number and docket text for this order are set forth below.

**[39] – Ordered that the Status Conference is Concluded and Order Dismissing Case [CAE–1]. (smis)**

Dated:
5/19/26

For the Court,
Scott Yach , Clerk